IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. Cr.S-11-00347 KJM |
| vs. | |
| SERGIO ESCALERA-VALDEZ, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. Cr.S-11-00438 LKK |
| vs. | |
| PRIMITIVO AGUILAR-VALDEZ,<br>  aka Primitivo Valdez,<br>  aka Sergio Escalera-Valdez, | |
| Defendant. | |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a) and (c). Here, "it would entail substantial duplication of labor if the actions were heard by different Judges." Local Rule 123(a)(4). Accordingly, the

assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that Cr.S-11-00438, is reassigned from Judge Lawrence K. Karlton to the undersigned. Henceforth, the caption on documents filed in this reassigned case shall be shown as: Cr.S-11-00438 KJM. The status conference currently scheduled for case number Cr.S-11-00438 is VACATED and RESET for May 16, 2012 at 9:00 a.m. before the undersigned.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: May 8, 2012.

_____
UNITED STATES DISTRICT JUDGE